**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**REINA DE LA PAZ PEREZ-GRANADOS,**

    *Petitioner*,

    **v.**                          **Civil No.: 1:26-cv-00833-JRR**

**VERNON LIGGINS, *et al.*,**

    *Respondents*.

**ORDER**

Pending before the court is Petitioner Reina De La Paz Perez-Granados' Amended Petition for Writ of Habeas Corpus (ECF No. 28; the "Petition"), as well as Respondents' Response to Petition and Motion to Dismiss (ECF No. 30; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss on May 20, 2026. For the reasons set forth in open court during the court's oral ruling, it is this 20th day of May 2026:

**ORDERED** that the Petition (ECF No. 28) shall be, and is hereby, **DENIED WITHOUT PREJUDICE**; and further it is

**ORDERED** that Respondents' Motion to Dismiss (ECF No. 30) shall be, and is hereby, **DENIED AS MOOT**; and further it is

**ORDERED** that the order at ECF No. 4 shall be, and is hereby, **VACATED**.

Madam Clerk shall close this case.

                                      /s/
                                      Julie R. Rubin
                                      United States District Judge